| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>POWERS KIRN, LLC<br>ecf@powerskirn.com<br>William M. E. Powers III<br>Angela C. Pattison<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>856-802-1000<br>Attorney for Capital One, NA, successor by merger to ING Bank, FSB |
| In Re:<br><br>Karen A. Benson |

Case No.: __16-10272-CMG__
Chapter: __13__
Hearing Date: __TBD__
Judge: __Christine M. Gravelle__

## CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY
### ( NOTE AND MORTGAGE DATED ___3/24/2006___ )

___La'Wanda J. Flowers___, employed as ___Vice President___ by ___JPMorgan Chase Bank, N.A.___, hereby certifies the following:

Recorded on 4/4/2006, in Monmouth County, in Book OR-8553 at Page 7197

Property Address: 501 Beacon BLVD, Sea Grit BORO, New Jersey 08750

Mortgage Holder: Capital One, N.A., successor by merger to ING Bank, FSB

Mortgagor(s)/ Debtor(s): Karen A. Benson and Lawrence G. Benson/Karen A. Benson

**POST-PETITION PAYMENTS (Petition filed on ___01/07/2016___ )**

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 1. $ 2,679.22 | 02/01/16 | 02/16 | $ 3,425.30 | 4/13/2016 | N/A |
| 2. $ 0.00 | N/A | N/A | $ 1,712.65 | 5/12/2016 | N/A |
| 3. $ 2,679.22 | 03/01/16 | 03/16 | $ 457.28 | 5/23/2017 | N/A |

16-10272-CMG

Reviewer ID: La'wanda_Flowers_2018-05-09_10:20:48

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 4. $2,679.22 | 04/01/16 | 04/16 | $3,906.27 | 10/6/2017 | N/A |
| 5. $5,184.03 | 05/01/16 | 05/16 | $3,906.27 | 10/6/2017 | N/A |
| 6. $0.00 | N/A | N/A | $1,712.65 | 11/7/2017 | N/A |
| 7. $0.00 | N/A | N/A | $1,712.65 | 12/11/2017 | N/A |
| 8. $5,184.03 | 06/01/16 | 06/16 | $1,712.65 | 1/11/2018 | N/A |
| 9. $0.00 | N/A | N/A | $1,712.65 | 3/12/2018 | N/A |
| 10. $0.00 | N/A | N/A | $70.00 | 4/9/2018 | N/A |
| TOTAL: $18,405.72 | | | $20,328.37 | | |

[Continue on attached sheets if necessary.]

Monthly payments past due: [enter (# of months) x (monthly payment + late charge) - suspense = total due]

9 mos. x $5,184.03 (07/01/16-03/01/17) + 1 mos. x $5,184.59 (04/01/17-04/01/17) + 11 mos. x $5,416.95 (05/01/17-03/01/18) + 1 mos. x $5,408.63 (04/01/18-04/01/18) - $3,635.30 suspense = $113,200.64    as of 04/13/2018

Each current monthly payment is comprised of:

| | | |
|---|---|---|
| Principal & Interest | $ 4,534.04 | |
| R.E. Taxes: | $ N/A | |
| Insurance: | $ N/A | |
| Late Charge | $ N/A | |
| Other: | $ 874.59 | (Specify: Escrow) |
| TOTAL | $ 5,408.63 | |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): Payment changed was filed due to escrow adjustment.

Pre-petition arrears: N/A to N/A ( N/A mos. x $ N/A /mo. = $ N/A )

See claim number __3__ on claims register.

I certify under penalty of perjury that the above is true.

Date: 05/09/2018

Signature
La'Wanda J. Flowers
Vice President
JPMorgan Chase Bank, N.A.

rev.8/1/15

16-10272-CMG    2    Reviewer ID: La'wanda_Flowers_2018-05-09_10:20:48

| (—) | Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|---|
| 1 | $0.00 | N/A | N/A | $1,712.65 | 04/10/18 | N/A |
| 2 | $5,184.03 | 07/01/16 | N/A | $0.00 | N/A | N/A |
| 3 | $5,184.03 | 08/01/16 | N/A | $0.00 | N/A | N/A |
| 4 | $5,184.03 | 09/01/16 | N/A | $0.00 | N/A | N/A |
| 5 | $5,184.03 | 10/1/2016 | N/A | $0.00 | N/A | N/A |
| 6 | $5,184.03 | 11/1/2016 | N/A | $0.00 | N/A | N/A |
| 7 | $5,184.03 | 12/01/16 | N/A | $0.00 | N/A | N/A |
| 8 | $5,184.03 | 01/01/17 | N/A | $0.00 | N/A | N/A |
| 9 | $5,184.03 | 02/01/17 | N/A | $0.00 | N/A | N/A |
| 10 | $5,184.03 | 03/01/17 | N/A | $0.00 | N/A | N/A |
| 11 | $5,184.59 | 04/01/17 | N/A | $0.00 | N/A | N/A |
| 12 | $5,416.95 | 05/01/17 | N/A | $0.00 | N/A | N/A |
| 13 | $5,416.95 | 06/01/17 | N/A | $0.00 | N/A | N/A |
| 14 | $5,416.95 | 07/01/17 | N/A | $0.00 | N/A | N/A |
| 15 | $5,416.95 | 08/01/17 | N/A | $0.00 | N/A | N/A |
| 16 | $5,416.95 | 09/01/17 | N/A | $0.00 | N/A | N/A |
| 17 | $5,416.95 | 10/01/17 | N/A | $0.00 | N/A | N/A |
| 18 | $5,416.95 | 11/01/17 | N/A | $0.00 | N/A | N/A |
| 19 | $5,416.95 | 12/01/17 | N/A | $0.00 | N/A | N/A |
| 20 | $5,416.95 | 01/01/18 | N/A | $0.00 | N/A | N/A |
| 21 | $5,416.95 | 02/01/18 | N/A | $0.00 | N/A | N/A |
| 22 | $5,416.95 | 03/1/2018 | N/A | $0.00 | N/A | N/A |
| 23 | $5,408.63 | 04/01/18 | N/A | $0.00 | N/A | N/A |
| 24 | $116,835.94 | | | $1,712.65 | | |

**16-10272-CMG**